# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3830

_____

| | | |
|---|---|---|
| Harry James Sutton, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| U.S. Probation Office; Timothy M. | * | |
| Scharr, U.S. Probation Officer; | * | **[UNPUBLISHED]** |
| Kathleen M. Hawk, Director of Bureau, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 26, 2001
Filed: August 1, 2001

_____

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Harry James Sutton appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his action under the Privacy Act, in which he alleged that his presentence report contained "inaccurate" information. This appeal is frivolous, and therefore we dismiss it. See 8th Cir. R. 47A(a).

_____

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.